**No. 58447.**—Delta Brush Mfg. Corp. *v.* United States, protest 223811–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.